Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
KELLY LEE THIELE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY LEE THIELE | Case No.: 2:18-cv-01944-CKD |
| Plaintiff, | |
| v. | ORDER EXTENDING BRIEFING SCHEDULE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include January 11, 2019, in which to file Plaintiff's motion for summary judgment and/or remand; and that all other deadlines set forth in the July 19, 2018 Scheduling Order shall be extended accordingly. IT IS SO ORDERED.

Dated: December 27, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE