1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KELLY LEE THIELE,                              No.  2:18-cv-01944 CKD

12                    Plaintiff,

13           v.                                      ORDER

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                      Defendant.
16

17

18           The administrative transcript in this action was filed November 6, 2018.  Under the

19    scheduling order filed July 19, 2018, plaintiff was directed to file a motion for summary judgment

20    and/or remand within 45 days of being served with a copy of the administrative record.  Plaintiff

21    was granted an extension of time until January 11, 2019 to file a motion for summary judgment or

22    remand.  That time has now expired, and plaintiff has failed to comply with the court's

23    scheduling orders.

24    ////

25    ////

26    ////

27    ////

28    ////

                                                     1

Good cause appearing, IT IS HEREBY ORDERED that: Within twenty-one days from the date this order is filed, plaintiff shall file a motion for summary judgment and/or remand. Failure to comply with this order may result in this action being dismissed.

Dated: January 22, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / thiele1944.osc

2