MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KELLY L. THEILE,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>    Defendant. | CIVIL NO. 2:18-cv-01944-CKD<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from May 29, 2019 to **July 10, 2019**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request. As the Court is aware, Counsel for Defendant (Counsel) had multiple family tragedies in April, including the death of her cousin, his wife, and uncle in the same week. Subsequently to the last extension request, Counsel had another death of a family friend and had to attend out of town funeral and prayer services on May 17, 2019. Counsel also has been taking care of her elderly mother following the multiple family tragedies, including hospital visits and surgery on May 21, 2019. Counsel's mother

had complications after surgery that necessitated further treatment and is scheduled for another second surgery next week. Counsel is expected to take additional time off to care for her mother. Counsel also has over 100+ active matters, which require two or more dispositive motions per week until mid-July. As a result of the unexpected leave, Counsel fell behind on her heavy caseload and respectfully requests additional time to adequately review the transcript and respond to the issues raised in Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Defendant apologizes for the belated request for extension, but made this request as soon as reasonably practicable. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 29, 2019        /s/ *  Cyrus Safa
                           (*as authorized by email on May 29, 2019)
                           CYRUS SAFA
                           Attorney for Plaintiff

Dated: May 29, 2019        MCGREGOR W. SCOTT
                           United States Attorney
                           DEBORAH LEE STACHEL
                           Regional Chief Counsel, Region IX
                           Social Security Administration


                           /s/  Tina L. Naicker
                           TINA L. NAICKER
                           Special Assistant U.S. Attorney
                           Attorneys for Defendant

## **ORDER**

**APPROVED AND SO ORDERED.** While the Court is sympathetic to the circumstances described above, a fourth extension of time will interfere with the mandated deadline for ruling on plaintiff's motion, and the parties are hereby advised that no further extensions will be granted.

Dated: June 3, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE